HAZER FEINBERG, respondent,

*v.*

ANNIE FEINBERG, appellant.

[Submitted December 11th, 1906.   Decided February 2d, 1907.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Grey, whose opinion is reported in *59 Atl. Rep. 880.*

*Mr. John W. Wescott,* for the appellant.

*Mr. Andrew J. King,* for the respondent.

PER CURIAM.

The decree in this case is affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Grey.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—15.